UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.                                                Case No. 2:25-cr-237-SPC-KRH

JAMES GREGORY FORD

_____/

## PRELIMINARY ORDER OF FORFEITURE

Before the Court is the United States' Moton for Preliminary Order of Forfeiture. (Doc. 53). Now that the Defendant has been adjudicated guilty, the Government seeks a preliminary order forfeiting his interest in an Apple iPhone 15 pro max, serial no. L77L29Y4GP. *See* 18 U.S.C. § 2428 and Fed. R. Crim. P. 32.2(b)(2).

In so moving, the Government has connected the above asset to the crime of conviction. The Court thus finds the United States is entitled to possession of the asset.

Accordingly, it is hereby:

**ORDERED**:

The Unites States' Motion for Preliminary Order of Forfeiture (Doc. 53) is **GRANTED**.

1.      The asset is **FORFEITED** to the United States for disposition according to law and subject to 18 U.S.C. § 2428 and Federal Rule

of Criminal Procedure 32.2(b)(2).

2.      This Order will become a final order of forfeiture as to Defendant at the time it is entered.

3.      Jurisdiction is retained to the extent necessary to complete the forfeiture and disposition of the asset.

**DONE and ORDERED** in Fort Myers, Florida on May 27, 2026.

**SHERI POLSTER CHAPPELL**
**UNITED STATES DISTRICT JUDGE**

Copies to:
Suzanne C. Nebesky, AUSA
Counsel of Record

2